UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 24-00738-ODW (DFM) | Date: | October 30, 2024 |
|---|---|---|---|
| Title | Jahmal Omniko Davis v. M. Dike | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 11, 2024, the Court issued an Order dismissing Plaintiff's First Amended Complaint ("FAC") with leave to amend. See Dkt. 16. The Court noted that the FAC failed to make clear who the Defendants are in this action and what the factual basis is for Plaintiff's claim(s) against each Defendant. See id. at 2. Accordingly, the Court ordered Plaintiff to file a Second Amended Complaint ("SAC") curing those defects within twenty-eight days of the date of the Order. See id.

On August 5, 2024, Plaintiff filed a Motion for Continuance, requesting an extension of time to file his SAC. See Dkt. 17. In the interest of justice, the Court extended Plaintiff's deadline for filing his SAC to October 11, 2024. See Dkt. 18. The Court also noted that Plaintiff could seek another extension of time if his hand was not healed by that time. See id. As of the date of this Order, Plaintiff has not filed a SAC or sought a further extension of time to do so.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. **Accordingly, the Court hereby ORDERS Plaintiff to show cause in writing no later than twenty-one (21) days from the date of this order why this action should not be dismissed for lack of prosecution.** As an alternative to a written response by Plaintiff, the Court will consider the filing of Plaintiff's SAC, on or before the above date, as an appropriate response to this Order to Show Cause.

Plaintiff is warned that failure to respond to this Order may result in a recommendation that this case be dismissed without prejudice for failure to prosecute.