JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAHMAL OMNIKO DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>M. DIKE et al.,<br><br>Defendants. | No. CV 24-00738-ODW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: February 7, 2025

_____
OTIS D. WRIGHT, II
United States District Judge